# Law Offices of Robert L. Kraselnik, PLLC
40-08 Case St, 2nd Floor
Elmhurst, NY 11373

---

Direct: 646-342-2019                                                            robert@kraselnik.com

October 19, 2016

**Via ECF**
The Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court, S.D.N.Y.
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Huber, etc. v. Shinola/Detroit, LLC, et ano.
              Case No.: 16-CV-6465

Dear Judge Kaplan:

      We represent the plaintiff, Christine Huber.  On behalf of all parties, we are pleased to report that this matter has been resolved.  Accordingly, we respectfully request that the Court cancel all pending dates including the Initial Conference scheduled for October 25, 2016. We will be submitting a voluntary dismissal shortly. We thank Your Honor for considering this matter.

                                      Respectfully submitted,

                                      Robert L. Kraselnik

cc:  David Ross (via email)
      Natalie Arbaugh (via email)